HECTOR M. HITCHINGS, as Assignee of ORLO ATWOOD & SONS, Respondent, *v.* JULIUS KAYSER, Appellant.

*Hitchings* v. *Kayser*, 65 App. Div. 302, affirmed.
(Submitted April 7, 1902; decided April 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 20, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Charles J. Hardy* for appellant.

*Melvin G. Palliser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.